FOR CALENDAR YEAR 2005

*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Acosta, Raymond L | 2. Court or Organization<br><br>Puerto Rico District Court | 3. Date of Report<br><br>05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Jose V. Toledo US Cthse Bldg.<br>300 Recinto Sur St., Suite 348<br>San Juan, Puerto Rico 00901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer            Date | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

RECEIVED 2006 MAY 18 P 12: 04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Banco Popular de Puerto Rico Retirement Plan | $ 1194.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Alpha Three, Inc. Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stock Alpha Three, Inc. | E | Dividend | O | W | | | | | |
| 2. Caribe Federal Credit Union, Hato Rey, P.R. | A | Interest | K | T | | | | | |
| 3. Banco Santander, San Juan, P.R. | A | Interest | K | T | | | | | |
| 4. GNMA Certificates, Smith Barney, Hato Rey, P.R. | E | Interest | O | T | | | | | |
| 5. GNMA Certificates, Oriental Investment, Hato Rey, P.R. | B | Interest | P1 | T | | | | | |
| 6. Stock Trinity Biotech | | None | K | T | sell | 1/18 | | | |
| 7. Stock Axeda Systems | | None | J | T | sell | 1/18 | | | |
| 8. Stock I-Many, Inc. | | None | J | T | sell | 1/18 | | | |
| 9. Stock Optical Communications Products | | None | J | T | sell | 1/18 | | | |
| 10. First Puerto Rico Med. Notes Oriental Invest., Hato Rey, P.R | A | Interest | L | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. Item 4. The total account with Smith Barney had been transferred on 9/9/04 to Oriental Investments as reflected in Item 5. (See attached letter to Smith Barney.) Unfortunately, this transfer was not reported in the 5/1/2005 report.

PART VII. Item 5. Item 5 was inadvertently repeated in Item 24 of the 5/1/2005 report which information is correctly reflected in Item 5. Consequently Item 24 was eliminated in this report.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/1/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF PUERTO RICO

CHAMBERS OF
**RAYMOND L. ACOSTA**
SENIOR JUDGE

U.S. COURTHOUSE AND POST OFFICE BUILDING
3RD FLOOR, SUITE #348
300 RECINTO SUR STREET
SAN JUAN, PUERTO RICO 00901
(787) 977-6070

September 9, 2004

Smith Barney
████████████
████████████

Account in the name of:  RAYMOND L. ACOSTA

Account Number: - ████████████

Dear Sir/Madam:

We hereby authorize the transfer from the above-mentioned account the securities below. Please use the following instructions to deliver the securities:

**JPM CHASE/NFSC**
████████████

For Account ████████████
In the name of: Raymond L. Acosta ████████████

| Quantity | Description |
|----------|-------------|
| 25,000 | GNMA SRL NOTES MTG BCKD ████ PR ISSUE █ |
| 25,000 | GNMA SRL NOTES MTG BCKD ████ PR ISSUE |
| 75,000 | LEHMAN BROS 1993 GRANTOR ████ |

30,000      PR IND TOUR ED M&E CTL

32,224.1      SMITH BARNEY MUNICIPAL MONEY
MARKET ▬▬▬▬▬▬▬

.89      SMITH BARNEY PUERTO RICO
DAILY
LIQUIDITY FUND INC CLASS A
▬▬▬▬

Cordially,



RAYMOND L. ACOSTA